# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 5, 2019

157417

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

FRANKLYN DIMUN GARRISON,
      Defendant-Appellant.

SC: 157417
COA: 334063
Wayne CC: 15-007041-FC

_____/

      On order of the Court, the application for leave to appeal the January 30, 2018 judgment of the Court of Appeals is considered. We DIRECT the Wayne County Prosecuting Attorney to answer Issue VI in the application for leave to appeal within 28 days after the date of this order.

      The application for leave to appeal remains pending.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 5, 2019



Clerk

t0529